# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ENGLERT, FRANCIS P. | § | Case No. 09-10949 JNF |
| MONACI-ENGLERT, LISA M. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on        . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Payments to the debtor

       Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

     6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____     By:/s/JOHN O. DESMOND_____
                                                        Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 09-10949 | JNF | Judge: JOAN N. FEENEY | Trustee Name: | JOHN O. DESMOND |
| Case Name: | ENGLERT, FRANCIS P. | | | Date Filed (f) or Converted (c): | 02/08/09 (f) |
| | MONACI-ENGLERT, LISA M. | | | 341(a) Meeting Date: | 03/10/09 |
| For Period Ending: 05/21/10 | | | | Claims Bar Date: | 11/05/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TAX REFUND | 0.00 | 3,500.00 | | 3,500.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.86 | Unknown |
| 3. REAL ESTATE | 399,900.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCOUNT | 812.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 7. 401 (k) | 44,394.00 | 0.00 | | 0.00 | FA |
| 8. IRA | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. Automobile | 625.00 | 0.00 | | 0.00 | FA |
| 10. Automobile | 450.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $449,781.00 | $3,500.00 | | $3,500.86 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/10     Current Projected Date of Final Report (TFR): 05/21/10

_____      Date: _____
JOHN O. DESMOND

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-10949 -JNF | Trustee Name: | JOHN O. DESMOND |
|---|---|---|---|
| Case Name: | ENGLERT, FRANCIS P. | Bank Name: | BANK OF AMERICA |
|  | MONACI-ENGLERT, LISA M. | Account Number / CD #: | *******7240  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4514 |  |  |
| For Period Ending: | 05/21/10 | Blanket Bond (per case limit): | $ 38,328,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 07/02/09 | 1 | Francis Englert | Turnover of tax refund - non exempt | 1121-000 | 3,500.00 |  | 3,500.00 |
| 07/31/09 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.07 |  | 3,500.07 |
| 08/31/09 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 |  | 3,500.16 |
| 09/23/09 | 000101 | International Sureties, LTD. | Bond No. 016027600 | 2300-000 |  | 2.82 | 3,497.34 |
| 09/30/09 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 |  | 3,497.43 |
| 10/30/09 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 |  | 3,497.52 |
| 11/30/09 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 |  | 3,497.61 |
| 12/31/09 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 |  | 3,497.70 |
| 01/29/10 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 |  | 3,497.78 |
| 02/26/10 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 |  | 3,497.86 |
| 03/31/10 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 |  | 3,497.95 |
| 04/30/10 | 2 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 |  | 3,498.04 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,500.86 | 2.82 | 3,498.04 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 3,500.86 | 2.82 |  |
| Less:  Payments to Debtors |  | 0.00 |  |
| Net | 3,500.86 | 2.82 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Money Market - Interest Bearing - ********7240 | 3,500.86 | 2.82 | 3,498.04 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 3,500.86 | 2.82 | 3,498.04 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| Page Subtotals | 3,500.86 | 2.82 |
|---|---|---|

Ver: 15.02

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 4)*

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-10949  -JNF |
| Case Name: | ENGLERT, FRANCIS P. |
| | MONACI-ENGLERT, LISA M. |
| Taxpayer ID No: | *******4514 |
| For Period Ending: | 05/21/10 |

| | |
|---|---|
| Trustee Name: | JOHN O. DESMOND |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******7240  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 38,328,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|

Ver: 15.02

LFORM24

**UST Form 101-7-TFR (9/1/2009)** *(Page: 5)*

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-10949 | | Page 1 | | Date: May 21, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | ENGLERT, FRANCIS P. | | Claim Number Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $15,656.13 | $0.00 | $15,656.13 |
| 000002 070 7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,145.99 | $0.00 | $2,145.99 |
| 000003 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $8,294.86 | $0.00 | $8,294.86 |
| 000004 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $3,206.61 | $0.00 | $3,206.61 |
| 000005 070 7100-00 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $21,958.13 | $0.00 | $21,958.13 |
| 000006 070 7100-00 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,774.89 | $0.00 | $1,774.89 |
| 000007 070 7100-00 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,822.92 | $0.00 | $1,822.92 |
| 000008 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $5,008.52 | $0.00 | $5,008.52 |
| 000009 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $17,595.66 | $0.00 | $17,595.66 |
| 000010 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $1,551.44 | $0.00 | $1,551.44 |
| 000011 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $47,863.34 | $0.00 | $47,863.34 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-10949 | | Page 2 | | Date: May 21, 2010 |
| Debtor Name: | ENGLERT, FRANCIS P. | | Claim Number Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Unsecured | | $10,703.12 | $0.00 | $10,703.12 |
| 000013 070 7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $267.20 | $0.00 | $267.20 |
| 000014 070 7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $7,320.42 | $0.00 | $7,320.42 |
| 000015 070 7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $2,102.98 | $0.00 | $2,102.98 |
| 000016 070 7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $288.42 | $0.00 | $288.42 |
| | Case Totals: | | | $147,560.63 | $0.00 | $147,560.63 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-10949 JNF
Case Name: ENGLERT, FRANCIS P.
             MONACI-ENGLERT, LISA M.
Trustee Name: JOHN O. DESMOND

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JOHN O. DESMOND | $_____ | $_____ |
| Attorney for trustee: | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *DISCOVER BANK* | $ | $ |
| *000002* | *Chase Bank USA NA* | $ | $ |
| *000003* | *Chase Bank USA, N.A.* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Chase Bank USA, N.A. | $ | $ |
| 000005 | American Express Centurion Bank | $ | $ |
| 000006 | American Express Bank, FSB | $ | $ |
| 000007 | American Express Centurion Bank | $ | $ |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ |
| 000013 | PYOD LLC its successors and assigns as assignee of | $ | $ |
| 000014 | PYOD LLC its successors and assigns as assignee of | $ | $ |
| 000015 | PYOD LLC its successors and assigns as assignee of | $ | $ |
| 000016 | PYOD LLC its successors and assigns as assignee of | $ | $ |

      Tardily filed claims of general (unsecured) creditors totaling $____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ____ percent.

      Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____ percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $____ .

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>Francis P. Englert and<br>Lisa M. Monaci-Englert,<br><br>Debtors | Chapter 7<br>Case No. 09-10949-JNF |

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT BEFORE DISTRIBUTION, REQUEST FOR COMPENSATION AND REPORT ON CLAIMS/PROPOSED DISTRIBUTION

The Trustee's Final Report and Account before Distribution and attachments thereto having been scheduled for hearing before the Court, and said hearing having been canceled in the absence of objections, IT IS ORDERED:

That the Trustee's Financial Report and Account is hereby APPROVED including all requests for compensation and expenses set forth therein and the other attachments thereto.

_____

JOAN N. FEENEY

United States Bankruptcy Judge

Dated: _____