UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                      §
                                            §
ENGLERT, FRANCIS P.                         §       Case No. 09-10949 JNF
MONACI-ENGLERT, LISA M.                     §
                                            §
                                            §
           Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN O. DESMOND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                   Assets Exempt:
(Without deducting any secured claims)


Total Distributions to Claimants:                   Claims Discharged
                                                    Without Payment:


Total Expenses of Administration:


3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/JOHN O. DESMOND_____
                                                                               Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Mortgage Attn Customer Care PO Box 4622 Waterloo, IA 50704 | | | | | |
| | Wells Fargo Home Mortgage 8480 Stagecoach Frederick, MD 21701 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN O. DESMOND | | | | | |
| JOHN O. DESMOND | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Customer Service PO Box 297815 Ft Lauderdale, FL 33329 | | | | | |
| | American Express Customer Service PO Box 297815 Ft Lauderdale, FL 33329 | | | | | |
| | American Express Customer Service PO Box 297815 Ft Lauderdale, FL 33329 | | | | | |
| | Bank of America PO Box 1390 Norfolk, VA 23501 | | | | | |
| | Bank of America PO Box 1390 Norfolk, VA 23501 | | | | | |
| | Bank of America PO Box 17054 Wilmington, DE 19884 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 17054 Wilmington, DE 19884 | | | | | |
| | Bank of America PO Box 53137 Phoenix, AZ 85072-3137 | | | | | |
| | Bank of America PO Box 53137 Phoenix, AZ 85072-3137 | | | | | |
| | Bank of America PO Box 53137 Phoenix, AZ 85072-3137 | | | | | |
| | Barclays Bank Deleware 100 S West St Wilmington, DE 19801 | | | | | |
| | Barclays Bank Deleware 100 S West St Wilmington, DE 19801 | | | | | |
| | CITI PO Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Capital One Bank PO box 30281 Salt Lake City, UT 84130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital One Bank PO box 30281 Salt Lake City, UT 84130 |  |  |  |  |  |
|  | Chase Bank USA 800 Brooksedge Blvd Westerville, OH 43081 |  |  |  |  |  |
|  | Chase Bank USA 800 Brooksedge Blvd Westerville, OH 43081 |  |  |  |  |  |
|  | Citizens Bank 1 Citizens Drive Riverside, RI 02915 |  |  |  |  |  |
|  | Discover Card PO Box 15192 Wilmington, DE 19886 |  |  |  |  |  |
|  | HSBC Cardmembers Services PO Box 5253 Carol Stream, IL 60197 |  |  |  |  |  |
|  | Juniper Bank PO Box 8802 Wilmington, DE 19899 |  |  |  |  |  |
|  | SEARS/CBSD PO box 6189 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | SEARS/CBSD PO box 6189 Sioux Falls, SD 57117 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SEARS/CBSD PO box 6189 Sioux Falls, SD 57117 | | | | | |
| | THD/CBSD PO Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Washington Mutual Bank Billing Disputes PO Box 9016 Pleasanton, CA 94566 | | | | | |
| | Wells Fargo Bank PO Box 5445 Portland, OR 97228 | | | | | |
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000005 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000007 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | CHASE BANK USA NA | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000013 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000014 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000015 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000016 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-10949 JNF Judge: JOAN N. FEENEY | Trustee Name: | JOHN O. DESMOND |
|---|---|---|---|
| Case Name: | ENGLERT, FRANCIS P. | Date Filed (f) or Converted (c): | 02/08/09 (f) |
| | MONACI-ENGLERT, LISA M. | 341(a) Meeting Date: | 03/10/09 |
| For Period Ending: | 01/26/11 | Claims Bar Date: | 11/05/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TAX REFUND | 0.00 | 3,500.00 | | 3,500.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.39 | Unknown |
| 3. REAL ESTATE | 399,900.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCOUNT | 812.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 7. 401 (k) | 44,394.00 | 0.00 | | 0.00 | FA |
| 8. IRA | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. Automobile | 625.00 | 0.00 | | 0.00 | FA |
| 10. Automobile | 450.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $449,781.00 | $3,500.00 | | $3,501.39 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/10    Current Projected Date of Final Report (TFR): 05/21/10

_____   Date: _____
JOHN O. DESMOND

LFORM1    Ver: 16.01a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-10949 -JNF | | Trustee Name: | JOHN O. DESMOND |
|---|---|---|---|---|
| Case Name: | ENGLERT, FRANCIS P. | | Bank Name: | BANK OF AMERICA |
| | MONACI-ENGLERT, LISA M. | | Account Number / CD #: | *******7240 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4514 | | | |
| For Period Ending: | 01/26/11 | | Blanket Bond (per case limit): | $ 38,328,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/09 | 1 | Francis Englert | Turnover of tax refund - non exempt | 1121-000 | 3,500.00 | | 3,500.00 |
| 07/31/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,500.07 |
| 08/31/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,500.16 |
| 09/23/09 | 000101 | International Sureties, LTD. | Bond No. 016027600 | 2300-000 | | 2.82 | 3,497.34 |
| 09/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,497.43 |
| 10/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,497.52 |
| 11/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,497.61 |
| 12/31/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,497.70 |
| 01/29/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,497.78 |
| 02/26/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,497.86 |
| 03/31/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,497.95 |
| 04/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,498.04 |
| 05/28/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,498.12 |
| 06/30/10 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 3,498.21 |
| 07/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,498.30 |
| 08/31/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,498.39 |
| 09/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,498.48 |
| 10/29/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,498.56 |
| 11/03/10 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,498.57 |
| 11/03/10 | | Transfer to Acct #*******7606 | Final Posting Transfer | 9999-000 | | 3,498.57 | 0.00 |

Page Subtotals     3,501.39     3,501.39

Ver: 16.01a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | |
|---|---|
| Case No: 09-10949 -JNF | Trustee Name: JOHN O. DESMOND |
| Case Name: ENGLERT, FRANCIS P. | Bank Name: BANK OF AMERICA |
| MONACI-ENGLERT, LISA M. | Account Number / CD #: *******7240 Money Market - Interest Bearing |
| Taxpayer ID No: *******4514 | |
| For Period Ending: 01/26/11 | Blanket Bond (per case limit): $ 38,328,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,501.39 | 3,501.39 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 3,498.57 | |
| | | | Subtotal | | 3,501.39 | 2.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,501.39 | 2.82 | |

Page Subtotals 0.00 0.00

Ver: 16.01a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-10949 -JNF | | Trustee Name: | JOHN O. DESMOND |
| --- | --- | --- | --- | --- |
| Case Name: | ENGLERT, FRANCIS P. | | Bank Name: | BANK OF AMERICA |
| | MONACI-ENGLERT, LISA M. | | Account Number / CD #: | *******7606 Checking - Non Interest |
| Taxpayer ID No: | *******4514 | | | |
| For Period Ending: | 01/26/11 | | Blanket Bond (per case limit): | $ 38,328,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/03/10 | | Transfer from Acct #*******7240 | Transfer In From MMA Account | 9999-000 | 3,498.57 | | 3,498.57 |
| 11/03/10 | 001001 | JOHN O. DESMOND<br>24 UNION AVENUE<br>FRAMINGHAM, MA 01702 | Chapter 7 Compensation/Fees | 2100-000 | | 875.22 | 2,623.35 |
| 11/03/10 | 001002 | JOHN O. DESMOND<br>24 UNION AVENUE<br>FRAMINGHAM, MA 01702 | Chapter 7 Expenses | 2200-000 | | 15.00 | 2,608.35 |
| 11/03/10 | 001003 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000001, Payment 1.77% | 7100-000 | | 276.75 | 2,331.60 |
| 11/03/10 | 001004 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 1.77% | 7100-000 | | 37.93 | 2,293.67 |
| 11/03/10 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 1.77% | 7100-000 | | 146.62 | 2,147.05 |
| 11/03/10 | 001006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 1.77% | 7100-000 | | 56.68 | 2,090.37 |
| 11/03/10 | 001007 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 1.77% | 7100-000 | | 388.14 | 1,702.23 |
| 11/03/10 | 001008 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 1.77% | 7100-000 | | 31.37 | 1,670.86 |
| 11/03/10 | 001009 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 1.77% | 7100-000 | | 32.23 | 1,638.63 |
| | | | Page Subtotals | | 3,498.57 | 1,859.94 | |

Ver: 16.01a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 09-10949 -JNF | | Trustee Name: | JOHN O. DESMOND |
|---|---|---|---|---|
| Case Name: | ENGLERT, FRANCIS P. | | Bank Name: | BANK OF AMERICA |
| | MONACI-ENGLERT, LISA M. | | Account Number / CD #: | *******7606 Checking - Non Interest |
| Taxpayer ID No: | *******4514 | | | |
| For Period Ending: | 01/26/11 | | Blanket Bond (per case limit): | $ 38,328,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | Account / CD Balance ($) |
| | | | | | Deposits ($) | Disbursements ($) |
| 11/03/10 | 001010 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000008, Payment 1.77% | 7100-000 | | 88.53 | 1,550.10 |
| 11/03/10 | 001011 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000009, Payment 1.77% | 7100-000 | | 311.03 | 1,239.07 |
| 11/03/10 | 001012 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000010, Payment 1.77% | 7100-000 | | 27.42 | 1,211.65 |
| 11/03/10 | 001013 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000011, Payment 1.77% | 7100-000 | | 846.06 | 365.59 |
| 11/03/10 | 001014 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000012, Payment 1.77% | 7100-000 | | 189.19 | 176.40 |
| * 11/03/10 | 001015 | United States Bankruptcy Court MA | Claim 000013, Payment 1.77% PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | 7100-003 | | 4.72 | 171.68 |
| * 11/03/10 | 001015 | United States Bankruptcy Court MA | void | 7100-003 | | -4.72 | 176.40 |
| 11/03/10 | 001016 | PYOD LLC its successors and assigns as assignee of Citibank | Claim 000014, Payment 1.77% | 7100-000 | | 129.40 | 47.00 |

Page Subtotals       0.00    1,591.63

Ver: 16.01a

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 09-10949 -JNF | | Trustee Name: | JOHN O. DESMOND |
|---|---|---|---|---|
| Case Name: | ENGLERT, FRANCIS P. | | Bank Name: | BANK OF AMERICA |
| | MONACI-ENGLERT, LISA M. | | Account Number / CD #: | *******7606 Checking - Non Interest |
| Taxpayer ID No: | *******4514 | | | |
| For Period Ending: | 01/26/11 | | Blanket Bond (per case limit): | $ 38,328,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/03/10 | 001017 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000015, Payment 1.77% | 7100-000 | | 37.18 | 9.82 |
| 11/03/10 | 001018 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000016, Payment 1.77% | 7100-000 | | 5.10 | 4.72 |
| 11/03/10 | 001019 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | FINAL DISTRIBUTION<br>FINAL DISTRIBUTION | 7100-000 | | 4.72 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,498.57 | 3,498.57 | 0.00 |
| Less:  Bank Transfers/CD's | 3,498.57 | 0.00 | |
| Subtotal | 0.00 | 3,498.57 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 3,498.57 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********7240 | 3,501.39 | 2.82 | 0.00 |
| Checking - Non Interest - ********7606 | 0.00 | 3,498.57 | 0.00 |
| | 3,501.39 | 3,501.39 | 0.00 |
| Page Subtotals | 0.00 | 47.00 | |

Ver: 16.01a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| | |
|---|---|
| Case No: | 09-10949 -JNF |
| Case Name: | ENGLERT, FRANCIS P. |
| | MONACI-ENGLERT, LISA M. |
| Taxpayer ID No: | *******4514 |
| For Period Ending: | 01/26/11 |

| | |
|---|---|
| Trustee Name: | JOHN O. DESMOND |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******7606 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 38,328,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.01a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*