# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| Francis P. Englert ) | Chapter 7 |
| Lisa M. Monaci-Englert, ) | Case No. 09-10949-JNF |
| Debtors ) | |
| ) | |
| ) | |

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND
## ACCOUNT AFTER DISTRIBUTION, DISCHARGING TRUSTEE
## AND CLOSING CASE

The Trustee's Final report and Account After Distribution having been submitted by the Trustee to the United States Trustee, along with all canceled checks and ending bank statements reflecting a zero bank balance in all estate accounts, and the same having initially been reviewed by the United States Trustee and filed with the Court without objection;

**IT IS HEREBY ORDERED** that the Trustee's Final Report and Account After Distribution is **APPROVED,** and further, that the Trustee is hereby discharged from his duties herein as trustee.

**IT IS FURTHER ORDERED** that this proceeding is closed pursuant to 11 U.S.C. § 350(a) and FRBP 5009.

Dated: _____

_____ 02/10/2011
U.S. Bankruptcy Judge